**2611-CC00575**

Electronically Filed - St Charles Circuit Div - April 22, 2026 - 01:18 PM

## IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
## STATE OF MISSOURI

| | | |
|---|---|---|
| ERICA BAUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | Division No. |
| DOLGENCORP, LLC. d/b/a | ) | |
| DOLLAR GENERAL | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **SERVE:** | ) | |
| 219 O'Fallon Plaza | ) | |
| O'Fallon, MO 63366 | ) | |

## PETITION

1. Plaintiff is, and was at the relevant times motioned herein, a citizen and resident of St. Charles County, Missouri.

2. Defendant is and was, at all times relevant hereto, a limited liability company organized in the State of Kentucky with its principal place of business in the State of Tennessee; Defendant is registered to do business in the State of Missouri and operates a Dollar General store in, among other places, O'Fallon, MO at 219 O'Fallon Plaza., which is in St. Charles County.

3. Plaintiff was injured at Defendant's store in St. Charles County; therefore, jurisdiction and venue are proper in this Court of general jurisdiction.

4. On or around August 6th, 2023 Plaintiff entered Defendant's store for the purpose of purchasing items.

5. As Plaintiff was walking in Defendant's store, Plaintiff was caused to slip and fall on, and due to, a slippery substance.

Electronically Filed - St Charles Circuit Div - April 22, 2026 - 01:18 PM

6. As a result of the slippery substance on the floor of Defendant's store, the premises owned, operated, controlled, and/or possessed by Defendant ("Incident Site") were not reasonably sage.

7. At all relevant times hereto, the Incident Site presented a dangerous condition and was not reasonably sage as result of the change in configuration of the makeup and composition of the ground at that spot and/or the substances thereon.

8. At all relevant times hereto, Defendant knew, or by using ordinary care should and/or could have known, the condition of the Incident Site and that the Incident Site presented a dangerous and unreasonably unsafe condition at the time of Plaintiff's fall.

9. Plaintiff's fall on August 6th, 2023, was a direct and proximate result of the dangerous and unreasonably unsafe condition if the Incident Site

10. Defendant, at all relevant times hereto, owed a duty to Plaintiff to exercise ordinary care to remove the dangerous and unreasonably unsafe condition of the Incident Site, barricade the Incident Site, and/or warn patrons of Defendant's store, including Plaintiff, of the dangerous and unreasonably unsafe condition of the Incident Site.

11. On or around August 6th, 2023, Defendant breached its duty to Plaintiff and was negligent in one or more of the following respects, that include, but are not limited to:

    a. Negligently and carelessly failing to remove the dangerous and unreasonably unsafe condition at the Incident Site;

    b. Negligently and carelessly failing to barricade the Incident Site so that patrons and/or invitees would not be exposed to the dangerous and unreasonably unsafe condition of the Incident Site;

Electronically Filed - St Charles Circuit Div - April 22, 2026 - 01:18 PM

   c.   Negligently and carelessly failing to post warnings to patrons and/or invitees of the dangerous and unreasonably unsafe condition at the Incident Site.

12. As a direct and proximate result of the aforementioned negligent and careless acts of Defendant, Plaintiff has sustained serious, permanent, and disabling injuries, including, but not limited to:

   a.   Injuries to the left knee

   b.   Such injuries are severe, permanent, and progressive in nature and the function and use of Plaintiff's knee has been, and in the future will be, permanently impaired, limited, and rendered painful and, as a result therefrom, Plaintiff has suffered and will continue to suffer severe pain, all to her injury and damage;

   c.   As further result of these injuries, Plaintiff's ability to enjoy life has been, and in the future will be, impaired and limited.

**WHEREFORE**, Plaintiff Erica Bauman prays this Honorable Court to enter its Order and Judgement against Defendant Dolgencorp, LLC for damages in such sum in excess of $25,000 as is fair and reasonable and certain to be determined at jury trial; together with costs; and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**THE LAW OFFICE OF STEVE SLOUGH**

By: /s/ Steve Slough
Steve Slough, Mo. Bar #63249
200 S. Bemiston Ave. Ste. 103
Clayton, MO 63105
314-884-8504
steve@sloughlawoffice.com

Attorney for Plaintiff Erica Bauman